# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-17-00156-CR

**Veronica Trevino, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. C-1-CR-15-206668
### THE HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due April 20, 2017. On counsel's motions, the time for filing was extended to July 21, 2017. Appellant's counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than August 21, 2017. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on July 28, 2017.

Before Justices Puryear, Field, and Bourland

Do Not Publish